1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

NOV 2 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: M 14-2280 2280 |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| FEDERICO CORNEJO FARIAS, | |
| Defendant. | |

## I.

A.  ( )  On motion of the Government in a case allegedly involving:

   1.  ( )  a crime of violence.

   2.  ( )  an offense with maximum sentence of life imprisonment or death.

   3.  ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

   5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.   ( x )  On motion by the Government/( ) on Court's own motion,

2           in a case allegedly involving:

3         ( x )  On the further allegation by the Government of:

4              1.    ( x )  a serious risk that the defendant will flee.

5              2.    ( )  a serious risk that the defendant will:

6                   a.   ( )   obstruct or attempt to obstruct justice.

7                   b.   ( )   threaten, injure or intimidate a prospective witness or

8                   juror, or attempt to do so.

9  C.   The Government ( ) is/( x ) not entitled to a rebuttable presumption that no

10      condition or combination of conditions will reasonably assure the defendant's

11      appearance as required and the safety or any person or the community.

12  

13                     **II.**

14  A.   ( x )  The Court finds that no condition or combination of conditions will

15             reasonably assure:

16         1.   ( x )  the appearance of the defendant as required.

17               ( )   and/or

18         2.   ( )  the safety of any person or the community.

19  B.   ( )  The Court finds that the defendant has not rebutted by sufficient evidence to

20             the contrary the presumption provided by statute.

21  

22                     **III.**

23      The Court has considered:

24  A.   (✘)  the nature and circumstances of the offense(s) charged, including whether

25             the offense is a crime of violence, a Federal crime of terrorism, or involves

26             a minor victim or a controlled substance, firearm, explosive, or destructive

27             device;

28  B.   (✘)  the weight of evidence against the defendant;

C.    (✗)    the history and characteristics of the defendant; and

D.    (✗)    the nature and seriousness of the danger to any person or the community.

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A.    (x )    As to flight risk:

On September 5, 2014, a no bail bench warrant was issued for the defendant based upon allegations of non-complaint with the conditions of release, specifically, defendant failed to check in telephonically with Pretrial Services on various dates during the months of July and August, 2014, and also failed to report in person to Pretrial Services for the months of July and August 2014. The petition alleges that defendant admitted relocating to Mexico due to a family emergency but thereafter failed to contact and/or report to Pretrial Services as directed. According to the petition, this is the second no bail bench warrant that has been issued for the defendant based on his failure to report to Pretrial Services as directed. Thus, the Court finds that, defendant's failure to abide by his court ordered conditions of release, in addition to his previous, similar non-compliant conduct, there is no condition or combination of conditions of release that will assure that the defendant will not flee, and that he is unlikely to abide by any condition or combination of conditions of release.

B.    ( )    As to danger:

Defendant's prior conviction for a drug related offense and his admitted use of methamphetamine for over one year are factors that pose a danger to others and to the community.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VI.**

A.   ( )   The Court finds that a serious risk exists the defendant will:

     1.   ( )   obstruct or attempt to obstruct justice.

     2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

_____

_____

_____

**VII.**

A.   IT IS THEREFORE ORDERED that the defendant be detained pending his removal to the Southern District of California for further proceedings.

B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   11/21/2014       /s/ _____

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE